COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Gerald E. Gilbert v. Texas Department of Criminal Justice; Brad Livingston, Executive Director; James W. Mossbarger, Warden; Bobby R. Purvis, Captain; Mrs. Fisher, Transportation; Justin B. Waterson, Cov.; Carla Joseph, Laundry Man. II; University of Texas Medical Branch; Steve Smock, Associate Vice President; Glenda Adams, Director Managing Care; Dr. Julia Ward; Dr. Tawana Smith; and Paul Strunk, Senior Practice Manager, Ramsey

Appellate case number:     01-14-00795-CV

Trial court case number:     76482-I

Trial court:     412th Judicial District Court of Brazoria County

On September 23, 2014, appellant, Gerald E. Gilbert, filed an affidavit of indigence in the trial court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(a)(2). The district clerk filed the clerk's record in this cause on October 15, 2014 and filed a supplemental clerk's record on indigence on October 24, 2014. The records do not reflect that any contest to the affidavit of indigence was filed. Therefore, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(f), (n).

1

Appellant's brief remains due on January 13, 2015.[1] *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Further, on October 7, 2014, appellant filed a "Request for Leave to Proceed In Forma Pauperis." Based on the foregoing, we **grant** the motion.

Finally, on November 7, 2014, appellant filed a "First Motion Request for Full Clerk's Record and Transcript of Trial Hearing by Submission," requesting a copy of the "full clerk's record and transcript of trial court's hearing." Although the court reporter has informed this Court that there is no reporter's record, we **grant** the motion insofar as appellant requests a copy of the clerk's record. We therefore **order** the trial court clerk to immediately provide appellant with a copy of the clerk's record, without advance payment of costs, and to certify to this Court that said copy has been provided.

It is so ORDERED.

Judge's signature: /s/ Chief Justice Sherry Radack
⊠ Acting individually

Date: November 20, 2014

---

[1] The clerk's record was filed on October 15, 2014, the reporter informed the Court that no reporter's record exists on October 24, 2014, and we granted a motion for extension of time on November 10, 2014, extending the deadline for filing appellant's brief from November 14, 2014 to January 13, 2015.